### 34644. MID-STATES INSURANCE COMPANY *v.* CLAXTON.

FELTON, J. 1. Where an insurer agrees in an automobile casualty insurance policy to pay any loss covered by the policy to two persons, a finance company and the purchaser of the automobile, as their interests may appear, the purchaser may maintain an action to recover for a loss covered by the terms of the policy. *Johnson* v. *General Exchange Ins. Corp.,* 49 *Ga. App.* 780 (176 S. E. 840); *Riley* v. *Federal Ins. Co.,* 60 *Ga. App.* 764 (5 S. E. 2d 246).

2. The question as to whether the finance company, to which is still owed a portion of the purchase price of the stolen automobile, is a necessary party to an action by the purchaser to recover the value of the automobile as a loss covered by the theft provision of the policy, and whether the petition is faulty for a nonjoinder of a party plaintiff, is not before us for determination, as such question is not raised by a general demurrer. *Federal Land Bank of Columbia* v. *Forrester,* 192 *Ga.* 446 (2) (15 S. E. 2d 517); *Richter* v. *Richter,* 202 *Ga.* 554 (4) (43 S. E. 2d 635, 173 A.L.R. 436).

3. The allegation that the plaintiff bought an automobile on a certain date, that the policy thereon was issued to her, and that on a certain date the automobile was stolen *from her,* is a sufficient allegation, as against a general demurrer, that at the time of the loss the plaintiff owned the automobile.

The petition alleged a cause of action as against a general demurrer (*New Jersey Ins. Co.* v. *Rowell,* 32 *Ga. App.* 16, 123 S. E. 38), and the court did not err in overruling the general demurrer.

*Judgment affirmed. Sutton, C. J., and Worrill, J., concur.*

DECIDED JUNE 18, 1953.

435

*Grover C. Willis, Jr., Paul Blanchard,* for plaintiff in error.
*Young & Hollis, James H. Fort, Dana B. Drake,* contra.